UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDEZ, et al.,<br><br>   Plaintiff,<br><br> v.<br><br>,<br><br>   Defendant. | Case No. 14-cv-03976-JD<br><br>**ORDER OF DISMISSAL** |

  This case was initiated when plaintiff wrote a letter to the court regarding medical care. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

  No response has been received. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

  **IT IS SO ORDERED**.

Dated: November 20, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDEZ, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>,<br><br>　　　　Defendant. | Case No.   14-cv-03976-JD<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on 11/20/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcos  Fernandez
California Medical Facility
P.O. Box 2500
#V10970
q, CA 95696


Dated: 11/20/2014

　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　　By *Lisa R. Clark* _____
　　　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO

2